Ronald Eugene OWENS,
Plaintiff–Appellant,

v.

James Stephen WARD, in his individual capacity as Woodford County Coroner; Blackburn & Ward Funeral Home, Inc., Defendants–Appellees.

No. 09–6445.

United States Court of Appeals,
Sixth Circuit.

Jan. 6, 2011.

BEFORE: MARTIN, NORRIS, and COOK, Circuit Judges.

## OPINION

PER CURIAM.

Plaintiff, Ronald Owens appeals from the district court's award of summary judgment to defendants James Stephen Ward and Blackburn & Ward Funeral Home, Inc. and from other rulings of the district court.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to the defendants.

Because the reasoning which supports judgment for defendants has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful purpose. Accordingly, the judgment of the district court is **affirmed** upon the reasoning employed by that court in its Opinions and Orders filed on February 25, 2009, 2009 WL 482097, September 3, 2009, October 30, 2009, and November 6, 2009.